**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **THE WILDERNESS SOCIETY; PRAIRIE FALCON AUDUBON, INC.,** | No. 09-35200 |
| Plaintiffs - Appellees, | D.C. No. 4:08-cv-00363-EJL |
| v. | **ORDER** |
| **UNITED STATES FOREST SERVICE; JANE P. KOLLMEYER; SCOTT C. NANNENGA**, | |
| Defendants - Appellees, | |
| and | |
| **MAGIC VALLEY TRAIL MACHINE ASSOCIATION; IDAHO RECREATION COUNCIL; BLUERIBBON COALITION, INC.**, | |
| Defendants - Intervenors - Appellants. | |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be heard en banc pursuant to Circuit Rule 35-3.